

# COURT OF APPEALS

SANDEE BRYAN MARION
 CHIEF JUSTICE
REBECA C. MARTINEZ
PATRICIA O. ALVAREZ
LUZ ELENA D. CHAPA
IRENE RIOS
BETH WATKINS
LIZA A. RODRIGUEZ
 JUSTICES

FOURTH COURT OF APPEALS DISTRICT
CADENA-REEVES JUSTICE CENTER
300 DOLOROSA, SUITE 3200
SAN ANTONIO, TEXAS 78205-3037
WWW.TXCOURTS.GOV/4THCOA.ASPX

MICHAEL A. CRUZ,
CLERK OF COURT

TELEPHONE
(210) 335-2635

FACSIMILE NO.
(210) 335-2762

March 4, 2020

Roland Frank Gonzales
Cokinos Bosien & Young
10999 IH-10 West, Suite 800
San Antonio, TX 78230
* DELIVERED VIA E-MAIL *

Ryan Cox
Texas Civil Rights Project
1405 Montopolis Drive
Austin, TX 78741
* DELIVERED VIA E-MAIL *

Javier T. Duran
Shelton & Valadez
600 Navarro Street, Suite 500
San Antonio, TX 78205
* DELIVERED VIA E-MAIL *

Brian L. Lewis
Davis, Cedillo & Mendoza, Inc.
McCombs Plaza, Suite 500
755 E. Mulberry Avenue
San Antonio, TX 78212-3149
* DELIVERED VIA E-MAIL *

Kyle Hawkins
Office of the Attorney General of Texas
P.O. Box 12548
Mail Code 059
Austin, TX 78711
* DELIVERED VIA E-MAIL *

Nicholas Dominguez
Office of the City Attorney- Litigation Division
100 W. Houston St., 18th Floor
San Antonio, TX 78205
* DELIVERED VIA E-MAIL *

Joseph David Hughes
Texas Attorney General
PO Box 12548 (MC 059)
Austin, TX 78711-2548
* DELIVERED VIA E-MAIL *

Lisa Hobbs
Kuhn Hobbs PLLC
3307 Northland Dr., Ste. 310
Austin, TX 78731-4969
* DELIVERED VIA E-MAIL *

William Thompson
Office of the Attorney General
209 W. 14th St.
Austin, TX 78701
* DELIVERED VIA E-MAIL *

Robert Earl Henneke
Texas Public Policy Foundation
901 Congress Avenue
Austin, TX 78701
* DELIVERED VIA E-MAIL *

Roger Townsend
Cokinos Young
1221 Lamar Street, 16th Floor
Houston, TX 77010
* DELIVERED VIA E-MAIL *

Ricardo G. Cedillo
Davis, Cedillo & Mendoza, Inc.
755 E. Mulberry Ave., Ste. 500
San Antonio, TX 78212-3135
* DELIVERED VIA E-MAIL *

RE:    Court of Appeals Number:    04-20-00004-CV
         Trial Court Case Number:    2019CI13921
         Style:  City of San Antonio, Texas, Ron Nirenberg, Mayor of the City of San Antonio, Erik Walsh, City Manager of the City of San Antonio, Jennifer Herriot, Interim Director of the San Antonio Metropolitan Health District, Marilyn Washington, and Texas Organizing Project Education Fund

            v.

         Associated Builders and Contractors of South Texas, Inc., American Staffing Association, BBM Online, LLC d/b/a BBM Staffing, The Burnett Companies Consolidated, Inc. d/b/a Burnett Specialists, Cardinal Senior Care, LLC d/b/a Cardinal Med Staffing, Choice Staffing, LLC, eEmployers Solutions, Inc., Hawkins Associates, Inc. d/b/a Hawkins Personnel Group, LeadingEdge Personnel, Ltd., Staff Force, Inc. d/b/a Staff-Force Personnel Services, San Antonio Manufacturers Association, San Antonio Restaurant Association, Texas Retailers Association, Association of Convenience Store Retailers, South Texas Merchants Association, and The State of Texas

Enclosed please find the order which the Honorable Court of Appeals has issued in reference to the above styled and numbered cause.

If you should have any questions, please do not hesitate to contact me.

                         Very truly yours,
                         MICHAEL A. CRUZ, CLERK OF COURT

                         Elizabeth Montoya
                         Legal Assistant, Ext. 53857

cc: Andrew Segovia (DELIVERED VIA E-MAIL)
Rebecca Stevens (DELIVERED VIA E-MAIL)
David Hacker (DELIVERED VIA E-MAIL)
Ryan Walters (DELIVERED VIA E-MAIL)
Barry Snell (DELIVERED VIA E-MAIL)
Emma Hilbert (DELIVERED VIA E-MAIL)
Mimi Marziani (DELIVERED VIA E-MAIL)
Anne Marie Mackin (DELIVERED VIA E-MAIL)
Derick J. Rodgers (DELIVERED VIA E-MAIL)



# Fourth Court of Appeals
## San Antonio, Texas

March 4, 2020

No. 04-20-00004-CV

**CITY OF SAN ANTONIO**, Texas, Ron Nirenberg, Mayor of the City of San Antonio, Erik Walsh, City Manager of the City of San Antonio, Jennifer Herriot, Interim Director of the San Antonio Metropolitan Health District, Marilyn Washington, and Texas Organizing Project Education Fund,
Appellants
v.

**ASSOCIATED BUILDERS AND CONTRACTORS OF SOUTH TEXAS, INC.**, American Staffing Association, BBM Online, LLC d/b/a BBM Staffing, The Burnett Companies Consolidated, Inc. d/b/a Burnett Specialists, Cardinal Senior Care, LLC d/b/a Cardinal Med Staffing, Choice Staffing, LLC, eEmployers Solutions, Inc., Hawkins Associates, Inc. d/b/a Hawkins Personnel Group, LeadingEdge Personnel, Ltd., Staff Force, Inc. d/b/a Staff-Force Personnel Services, San Antonio Manufacturers Association, San Antonio Restaurant Association, Texas Retailers Association, Association of Convenience Store Retailers, South Texas Merchants Association, and The State of Texas,
Appellees

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CI13921
The Honorable Peter Sakai, Judge Presiding

# O R D E R

On January 24, 2020, appellees Associated Builders & Contractors of South Texas, Inc., American Staffing Association, The Burnett Companies Consolidated, Inc. d/b/a Burnett Specialists, Cardinal Senior Care, LLC d/b/a Cardinal Med Staffing, Choice Staffing, LLC, Employers Solutions, Inc., Hawkins Associates, Inc. d/b/a Hawkins Personnel Group, LeadingEdge Personnel Ltd., Staff Force, Inc. d/b/a Staff-Force Personnel Services, San Antonio Manufacturers Association, and San Antonio Restaurant Association (collectively, "appellees") filed a partially opposed motion to abate this appeal pending final disposition of *City of Austin, Texas, et al. v. Texas Association of Business, et al.*, case no. 19-0025 in the Supreme Court of Texas.

After consideration of appellees' motion, the responses in opposition, and appellees' reply, the motion is GRANTED. It is ORDERED that this appeal is ABATED until the Supreme Court of Texas either denies the petition for review or issues its opinion in *City of Austin, Texas, et al. v. Texas Association of Business, et al.*, or until further order of this court.

Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of March, 2020.

MICHAEL A. CRUZ,
Clerk of Court